(November 6, 1939.)

Mary A. Carroll, Appellant, v. The Prudential Insurance Company of America, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Presentment by the Grand Jury for the Extraordinary Special and Trial Term of the Supreme Court, Kings County, and the Members Thereof as Such Grand Jurors and as Individuals and Taxpayers of the City of New York, County of Kings, of Charges of Alleged Professional Misconduct, Fraud, Deceit, Crime and Misdemeanor, and Conduct Prejudicial to the Administration of Justice against Alexander R. Baldwin (Admitted under the Name of Alexander Rae Baldwin), an Attorney and Counselor at Law.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

Mae Steeneck, as Assignee of Max Cohen, Appellant, v. Ace Builders Supply Company, Inc., a Domestic Corporation, Respondent, and Max Cohen, Impleaded Defendant, Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

Lillian Young, Appellant, v. Harry Edward Young, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

Bertwell Construction Co., Inc., Respondent, v. Dellwood Dairy Co., Inc., Delwood Products Corporation, Appellants, and Tidewater Roofing Company, Inc., The Fireproof Products Co., Inc., The J. G. Wilson Corporation, Yonkers Builders Supply Co., M. J. Harmonay, Inc., D. Castaldo Co., Inc., Westchester County Concrete Co., Inc., Respondents.— Action on two building construction contracts. Dellwood Dairy Co., Inc., and Delwood Products Corporation appeal from an order denying their motion for summary judgment dismissing the complaint herein and for affirmative summary judgment in favor of Dellwood Dairy Co., Inc., upon its first and second counterclaims. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.

Sadie Bloomberg, Respondent, v. City of Yonkers, Appellant. Milton Bloomberg, Respondent, v. City of Yonkers, Appellant.— Action by a wife to recover damages for injuries sustained by her when the front wheels of an automobile in which she was a passenger dropped into an unguarded excavation in a roadway maintained by defendant; and by the husband for loss of services and medical expenditures. Orders of the City Court of Yonkers setting aside the verdict of a jury in favor of defendant and directing a new trial unanimously affirmed, with one bill of costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.